Filed 11/17/10    Case 10-50389    Doc 3

2010-50389
FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003082737

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
**Gail Ann Spears** )
)
) Case No.
)
)
_____Debtor(s)._____ )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of \_\_ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]   typed in scannable format on paper, consisting of \_\_\_\_ pages and listing a total of \_\_\_\_ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of \_\_ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: _____        *Gail A. Spears*
                                                                          Debtor's Signature

EDC 2-100   (Rev. 10/2007)

Gail Ann Spears

Gail Ann Spears

U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814

California Employment Development Dept.
Bankruptcy/Special Procedures Group
P.O. Box 826900, MIC 92E
Sacramento, CA 94280-0001

California State Board of Equalization
Account Analysis & Control Section
P.O. Box 942879, MIC 29
Sacramento, CA 94279-0029

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Capital One
P.O. Box 5155
Norcross, GA 30091

Credit Bureau Associates
460 Union Avenue, Suite C
Fairfield, CA 94533-6320

Firstsource Advantage
205 Bryant Woods South
Buffalo, NY 14228

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

GMAC Mortgage, LLC
P.O. Box 780
Waterloo, IA 50704-0780

GMAC Mortgage, LLC
CA Sec. of State Entity #200613210204)
Attn: CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite #100
Sacramento, CA 95833-3503

```
GMAC, Inc
200 Renaissance Center
Detroit, MI 48265-2000

Indymac Bank
P.O. Box 78826
Phoenix, AZ 85062-8826

IndyMac Federal Bank
6900 Beatrice Dr.
P.O. Box 4045
Kalamazoo, MI 49003-4045

IndyMac Financial Services
Attn: Corp. Service Comp. which will do
Buis. in CA as CSC Lawyers Inc. Service
2730 Gateway Oaks Dr., Suite #100
Sacramento, CA 95833

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Kohls
P.O. Box 2983
Milwaukee, WI 53201-2983

Travis
NCUA Charter Number 68429)
Attn: Patsy Van Ouwerkerk
1 Travis Way
Vacaville, CA 95687

Travis Credit Union
P.O. Box 2069
Vacaville, CA 95696

Travis Credit Union
CA Secretary of State Entity# C2205351)
Attn: Patsy Van Ouwerkerk
1 Travis Way
Vacaville, CA 95687

U.S. Attorney
for Internal Revenue Service)
501 "I" Street
Sacramento, CA 95814

U.S. Dept. of Justice (IRS)
Civil Trial Sect., West Region
Ben Franklin Station - P.O. Box 683
Washington, DC 20044
```